UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MICHAEL MOSLEY, ON
BEHALF OF HIMSELF AND
THOSE SIMILARLY
SITUATED,                              CASE NO.:  1:15-CV-04247-TWT

    Plaintiff,

vs.

PITTMAN CONSULTANTS,
INC., A GEORGIA LIMITED
LIABILITY COMPANTY, AND
MICHAEL PITTMAN,
INDIVIDUALLY,

    Defendants.                    /

## FINAL JUDGMENT

**IT IS ORDERED AND ADJUDGED** that default judgment for the principal total amount of $45,000.00 is awarded in favor of Plaintiff and Opt-in Plaintiffs, as follows:

1. Michael Mosley $10,105.00
2. Terry Flowers $2,386.83
3. Lewis Hasty $1,759.83
4. Reginald Hillian $1,616.84
5. Gregory Hunter $2,088.83
6. Ronald Lawton, Jr. $2,652.83
7. John Lewis $2,298.82
8. Willie Maple $1,066.85

1

9. Justin J. Morris $1,979.83
10. Laurence Morris $7,127.50
11. Carselle Phillips $1,614.83
12. Donny Simpson $1,818.83
13. Marvin G. Somersall $4,501.48
14. Roosevelt Stewart $2,221.83
15. Dexter Williams $1,759.83

and against Defendants, PITTMAN CONSULTANTS, INC., AND MICHAEL PITTMAN, plus interest at a rate of 10% per month pursuant to the settlement agreement executed between the Parties, for which sum let execution issue.

Dated this 5th day of December, 2017.

/s/Thomas W. Thrash
THOMAS W. THRASH
United States District Court Judge